■ AGNES EMERY, Respondent, v. JOHN EMERY, Respondent. REUBEN E. GROSS, Appellant.— Appeal by the attorney for the plaintiff-respondent from so much of an order withdrawing her application for sequestration as denied his application to continue the sequestration for the protection of his lien for services rendered therein. Order insofar as appealed from affirmed, without costs. No opinion. Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ HENRY EDWIN, Plaintiff, v. BARBARA CANNING et al., Defendants. HENRY BANDHOLD, Appellant, v. HENRY EDWIN, Respondent, et al., Defendants. JOHN F. CANNING, Plaintiff, v. HENRY EDWIN, Defendant.— In an action by one Bandhold, a passenger in a motor vehicle, against the owner and operator of said vehicle to recover damages for personal injuries alleged to have been sustained when said vehicle collided with another motor vehicle, the appeal is from a judgment entered on a dismissal of the complaint at the close of the plaintiff's case. Judgment affirmed, with costs. No opinion. Beldock, Murphy and Ughetta, JJ., concur; Nolan, P. J., and Kleinfeld, J., dissent and vote to reverse the judgment and to grant a new trial, on the ground that the proof was sufficient to present questions of fact as to negligence, which should have been submitted to the jury.

■ GREAT EASTERN FUEL Co., INC., Appellant, v. WILLIAM POWELL et al., Defendants, and KLEVENS TANK & BOILER CORPORATION et al., Respondents.— In an action to recover damages resulting from the collapse of a fuel tank, the appeal is from so much of an order as modified appellant's notices to examine respondents before trial. Order, insofar as appeal is taken, affirmed, with $10 costs and disbursements; examinations to proceed on five days' notice. No opinion. Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.